**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**BOBBY J. LAFARGE, by his personal**                                                                 **PLAINTIFF**
**representative and conservator,**
**ANGELA BLIZZARD**

**V.**                                                                 **CIVIL ACTION NO.: 1:08CV185-SA-JAD**

**KEITH KYKER, M.D.; BARRY BERTOLET, M.D.;**
**CARDIOLOGY ASSOCIATES OF NORTH MISSISSIPPI,**
**P.A.; and NORTH MISSISSIPPI MEDICAL CENTER, INC.**                     **DEFENDANTS**

**ORDER DENYING**
**DEFENDANTS' MOTIONS TO DISMISS**

Pursuant to an opinion issued today, it is hereby **ORDERED** that:

(1)     Defendants Kyker, Bertolet, and Cardiology Associates of North Mississippi, P.A.'s

        Motion to Dismiss [8], Supplemental Motion to Dismiss [11], and Motion to Dismiss

        First Amended Complaint [19] are DENIED.

(2)     North Mississippi Medical Center, Inc.'s Motion to Dismiss [16] is also DENIED.

        **SO ORDERED**, this the 18th day of September 2009.

                                                                 /s/ Sharion Aycock_____
                                                                 **U. S. DISTRICT COURT JUDGE**