# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

FILED
APR 05 2010
DAVID CREWS, CLERK
By Deputy

U. S. COURT OF APPEALS
FILED
MAR 30 2010
CHARLES R. FULBRUGE III
CLERK

No. 09-58

BOBBY J. LAFARGE, By His Personal Representative and Conservator, Angela Blizzard,

1:08CV185

Plaintiff–Respondent

v.

MD KEITH KYKER; MD BARRY BERTOLET; CARDIOLOGY ASSOCIATES OF NORTH MISSISSIPPI, PA; NORTH MISSISSIPPI MEDICAL CENTER, INC.,

Defendants–Petitioners

Motion for Leave to Appeal
from an Interlocutory Order

Before BENAVIDES, PRADO, and SOUTHWICK, Circuit Judges.

PER CURIAM:

IT IS ORDERED that leave to appeal from the interlocutory order of the United States District Court for the Northern District of Mississippi, Aberdeen, entered on November 23, 2009, is DENIED.

A true copy
Attest:
Clerk, U. S. Court of Appeals, Fifth Circuit
By
Deputy
New Orleans, Louisiana 30 MAR 2010