## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## EASTERN DIVISION

**THE ESTATE OF JOSEPH ROBERT
LAFARGE, BY AND THROUGH ANGELA
BLIZZARD, ADMINISTRATRIX**                                          **PLAINTIFF**

**v.**                                          **CIVIL ACTION NO. 1:08CV185**

**KEITH KYKER, M.D.; BARRY BERTOLET,
M.D.; and CARDIOLOGY ASSOCIATES OF NORTH
MISSISSIPPI, P.A.**                                          **DEFENDANTS**

### ORDER

Pursuant to a Memorandum Opinion to be issued on this day, it is hereby ordered that:

(1) Plaintiff's Motion for Judgment as a Matter of Law is **DENIED**;

(2) Plaintiff's Motion for a New Trial is **DENIED**; and

(3) Defendants' Motion for Sanctions is **DENIED**.

So ordered on this, the __12th__ day of ___December_____, 2011.

                              **/s/   Sharion Aycock_____**
                              **UNITED STATES DISTRICT JUDGE**